458 P.2d 860

**Lorena Brown TURNER, Petitioner,**

v.

**Craig Lee DAHL, Respondent.**

**No. 8905.**

Supreme Court of New Mexico.

Sept. 17, 1969.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 317, 80 N.M. 564, 458 P.2d 816, be and the same is hereby returned to the Clerk of the Court of Appeals.

458 P.2d 860

**Pablo SEDILLO, Petitioner,**

v.

**Red DOW, Sheriff of Bernalillo County, New Mexico, Respondent.**

**No. 8924.**

Supreme Court of New Mexico.

Oct. 1, 1969.

Ordered that petition for writ of habeas corpus be and the same is hereby denied for failure to show exhaustion of remedies in the district court.